1  DAVID Z. CHESNOFF, ESQ.
   Nevada Bar No. 2292
2  RICHARD A. SCHONFELD, ESQ.
   Nevada Bar No. 6815
3  CHESNOFF & SCHONFELD
   520 South Fourth Street
4  Las Vegas, Nevada 89101
   Tel: (702) 384-5563
5  Attorney for Defendant, CHARLES HORKY

6                 UNITED STATES DISTRICT COURT
                  CLARK COUNTY, NEVADA
7                      * * * * *

8  UNITED STATES OF AMERICA,          )
                                      )
9          Plaintiff,                 )    CASE NO. 2:12-cr-00440-RCJ-GWF
                                      )
10 vs.                                )
                                      )    UNOPPOSED MOTION TO TRAVEL
11                                     )   AND [PROPOSED ORDER]
   CHARLES HORKY,                     )
12                                     )
           Defendant.                 )
13 _____)

14        Comes now, Defendant Charles Horky, by and through his counsel of record, Richard A.

15 Schonfeld, Esq., of the law firm of Chesnoff & Schonfeld, and hereby moves this Court for permission

16 to travel from Las Vegas, Nevada to San Antonio, Texas on March 7, 2013 and returning on March

17 12, 2013.  Defendant will be attending a roping event.

18        Counsel for Mr. Horky has discussed this request with Assistant United States Attorney Tim

19 Vasquez, who has no opposition to it.

20        DATED this _____14th____ day of February, 2013.

21                                    Respectfully submitted:

22

23

   RICHARD A. SCHONFELD, ESQ.
24 Nevada Bar No. 6815
   520 South Fourth Street
25 Las Vegas, Nevada 89101
   Tel: (702) 384-5563
26 Attorney for Defendant, Charles Horky

27

28

## ORDER

This matter having come before the Court on the unopposed motion of Defendant Charles Horky, and good cause appearing, Defendant's Motion for Permission to Travel to San Antonio, Texas on March 7, 2013 and returning March 12, 2013 is **GRANTED.**

_____
HONORABLE GEORGE W. FOLEY

DATED:  February 15, 2013

Respectfully submitted by:

**CHESNOFF & SCHONFELD**

**RICHARD A. SCHONFELD**