```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

         DEC 1 8 2014

        CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>CHARLES HORKY,<br><br>                Defendant. | Case No.: 2:12-CR-0440-RCJ-GWF<br><br>**CONSENT OF DEFENDANT** |

      Defendant, **CHARLES HORKY**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED: this _18th_ day of _December_, 2014.

APPROVED:

_____
ROBERT C. JONES
United States District Judge