```
___FILED        ___RECEIVED
___ENTERED      ___SERVED ON
         COUNSEL/PARTIES OF RECORD

         APR 22 2015

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
                              DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-440-RCJ-(GWF) |
| CHARLES HORKY, | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On December 18, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 1963(a)(1), (a)(2), (a)(3), and (m) based upon the plea of guilty by defendant CHARLES HORKY to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant CHARLES HORKY pled guilty. Indictment, ECF No. 1; Bill of Particulars, ECF No. 92; Change of Plea, ECF No. 254; Preliminary Order of Forfeiture, ECF No. 255; Plea Agreement, ECF No. 257.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 24, 2014, through January 22, 2015, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 269.

1  Bank of George, T. Ryan Sullivan, President, was personally served with the Notice and
2  Preliminary Orders of Forfeiture on February 5, 2015, by the United States Marshals Service.  Notice
3  of Filing Service of Process, ECF No. 279-1, p. 2-18.
4  Bank of George, Alan C. Sklar, Registered Agent, was personally served with the Notice and
5  Preliminary Orders of Forfeiture on February 6, 2015, by the United States Marshals Service.  Notice
6  of Filing Service of Process, ECF No. 279-1, p. 19-35.
7  CT Corporation, Registered Agent for American Express Company, was served via regular
8  and certified mail with the Notice and Preliminary Orders of Forfeiture on February 3, 2015.  Notice
9  of Filing Service of Process - Mailing, ECF No. 280.
10 Kenneth I. Chenault, Chairman and CEO of American Express Company, was served via
11 regular and certified mail with the Notice and Preliminary Orders of Forfeiture on February 3, 2015.
12 Notice of Filing Service of Process - Mailing, ECF No. 280.
13 This Court finds no petition was filed herein by or on behalf of any person or entity and the
14 time for filing such petitions and claims has expired.
15 This Court finds no petitions are pending with regard to the assets named herein and the time
16 for presenting such petitions has expired.
17 THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
18 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
19 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
20 32.2(c)(2); Title 18, United States Code, Section 1963(a)(1), (a)(2), (a)(3), and (m); and Title 21,
21 United States Code, Section 853(n)(7) and shall be disposed of according to law:

22  1.  $25,873.10 in United States Currency;
23  2.  $7,000.00 in United States Currency;
24  3.  an in personam criminal forfeiture money judgment of $5,200,000 in United States
25      Currency, including:
26 / / /

a. Stainless steel Rolex Oyster Perpetual Date Submariner, black dial and bezel, 40mm, Movement #31867604, Model #16610 T, Serial Z840628, 134 grams;

b. 18k yellow gold IWC Schaffhausen chronograph automatic wristwatch with leather, stamped on back 2684354 INTERNATIONAL WATCH CO., two sub dials, 41 mm case, 104.6 grams;

c. 18k yellow gold Rolex Oyster Perpetual Superlative Chronometer Cosmograph Daytona wristwatch and band, Serial #K258882, Model #116528, Band #78498, movement #C 0255271, white dial with three white sub dials having gold bezels, 39mm case, 179.3 grams;

d. 18k yellow gold Cartier Pasha Chronograph date wristwatch with leather band with 18k fold-over hidden clasp, Case #319453MG, presentation back, 38.4mm case, white dial with three sub dials and date, 108.8 grams; and

e. Stainless steel Girard-Perregaux Ferrari Chronograph wristwatch with leather band, stamped on back with Girard-Perregaux, Ferrari, A N 853 Ref 8020, Manufacture specialement pour FERRARI, black dial with prancing horse, three black sub dials and a date window, luminous hour markers and hands, 38mm case, 72.8 grams.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

/ / /

/ / /

/ / /

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 22nd day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE