DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
Attorney for Defendant, *CHARLES HORKY*

UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:12-CR-440-RCJ-GWF |
| CHARLES HORKY, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION AND [PROPOSED] ORDER FOR RETURN OF DEFENDANT CHARLES HORKY'S PASSPORT

IT IS HEREBY STIPULATED AND AGREED, by and between Robert Knief, Assistant United States Attorney, David Z. Chesnoff, Esq., and Richard A. Schonfeld, Esq., attorneys for Defendant Charles Horky, that Defendant Charles Horky's United States passport be returned to Defendant Horky from pre-trial services.

Dated this day of December, 2015.

/s/
**ROBERT KNIEF**
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101

/s/
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101

1

## ORDER

Based upon the foregoing Stipulation, and with good cause appearing, **IT IS HEREBY ORDERED** that the Return of Defendant Charles Horky's United States Passport is **GRANTED**.

**IT IS FURTHER ORDERED** that Pretrial services shall return Mr. Charles Horky's passport to Mr. Horky.

**IT IS SO ORDERED**
Dated this 27 day of March, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

_____/s/_____
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101